# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

161681

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PETER J. SABAN,
        Plaintiff-Appellant,

v

HENRY FORD HEALTH SYSTEM and
HENRY FORD MACOMB HOSPITAL
CORPORATION,
        Defendants-Appellees.

SC: 161681
COA: 347844
Macomb CC: 2018-002886-NO

_____/

     On order of the Court, the application for leave to appeal the April 30, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



b0512

Clerk